```
         UNITED STATES DISTRICT COURT
          DISTRICT OF MASSACHUSETTS
```

LUIZ CARLOS DA COSTA-ALVES         )
         Petitioner,                )
                                    )
     v.                             ) Civil Action No. 04-10224-JLT
                                    )
BRUCE CHADBOURNE, Director of       )
Immigration and Customs             )
Enforcement,                        )
         Respondent.                )

## SUPPLEMENTAL ORDER

Having considered petitioner's request for stay of removal, and for the reasons stated in the Court's Memorandum and Order (Docket No. 3) it is hereby ORDERED, petitioner's request for stay is DENIED.

SO ORDERED.

Dated at Boston, Massachusetts, this 2nd day of February 2004.

                              /s Joseph L. Tauro
                              JOSEPH L. TAURO
                              UNITED STATES DISTRICT JUDGE